# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, *et al.*,<br><br>Defendants. | Cause No. C20-1076RSL<br><br>ORDER LIFTING STAY |

This matter comes before the Court on "Plaintiff's Motion to Lift Stay." Dkt. # 24. Defendants do not oppose the relief requested. The motion is therefore GRANTED and the stay of the above-captioned matter is hereby lifted.

Dated this 18th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER LIFTING STAY - 1