IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE DENTISTS INSURANCE COMPANY,

Plaintiff,

v.

JOSEPH Z. YOUSEFIAN, D.M.D., M.S. and
JOSEPH Z. YOUSEFIAN, D.M.D., M.S.,
INC., P.S., doing business as Yousefian
Orthodontics,

Defendants.

NO. 2:20-CV-01076 RSL

ORDER GRANTING DEFENDANTS'
MOTION TO FILE SUPPLEMENTAL
AND AMENDED ANSWER AND
COUNTERCLAIMS

THIS MATTER came before the Court on defendants' Motion to File Supplemental AND Amended Answer and Counterclaims. Plaintiff does not oppose the motion: it is, therefore, GRANTED. Within fourteen (14) days of this Order, defendants shall file their Supplemental and Amended Answer and Counterclaims.

Dated this 24th day of May, 2021.

*[signature]*
The Honorable Robert S. Lasnik
U.S. District Court Judge

ORDER GRANTING DEFENDANTS' MOTION TO FILE
SUPPLEMENTAL AND AMENDED ANSWER AND
COUNTERCLAIMS - 1
No. 2:20-cv-01076 RSL