UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, *et al.*,<br><br>Defendants. | Cause No. C20-1076RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND |

This matter comes before the Court on "Plaintiff's Motion for Leave to Amend." Dkt. # 37. The motion was timely filed and, now that the discovery deadline and trial date have been continued, no prejudice will arise from the amendment. Plaintiff's motion is GRANTED.

Dated this 1st day of March, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND - 1