UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | No. 2:20-cv-01076-RSL<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |

**ORDER**

Having considered the Stipulated Motion Regarding Cross-Motions for Partial Summary Judgment, as well as the records and pleadings already on file, it is hereby ORDERED that the following cross-motion briefing schedule is granted:

| | |
|---|---|
| Deadline for TDIC to file its combined Cross-Motion for Partial Summary Judgment and Response to Yousefian's Motion for Partial Summary Judgment (Dkt. 46): | June 13, 2022 |
| Yousefian's Response to TDIC's Cross-Motion for Partial Summary Judgment: | June 27, 2022 |
| Replies in support of the Parties' respective Cross-Motions for Partial Summary Judgment and Noting Date for the same: | July 8, 2022 |

ORDER REGARDING CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT- 1

1   Both plaintiff's motion for partial summary judgment (Dkt. # 57) and defendant's cross-
2   motion will be noted on the Court's calendar for consideration on Friday, July 8, 2022.

4   Dated this 1st day of June, 2022.

*/s/ M S Lasnik*
Hon. Robert S. Lasnik
United States District Court Judge

ORDER REGARDING CROSS-
MOTIONS FOR PARTIAL SUMMARY JUDGMENT- 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544