UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | No. 2:20-cv-01076-RSL<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING EXTENSION OF EXPERT DEADLINES** |

### ORDER

Having considered the Stipulated Motion Regarding Extension of Expert Deadlines, as well as the records and pleadings already on file, it is hereby ORDERED that the Expert Disclosure Deadline in this case is extended 47 days, from a current date of June 8, 2022, to a new date of July 25, 2022.

Dated this 1st day of June, 2022.

*/s/ Robert S. Lasnik*
Hon. Robert S. Lasnik
United States District Court Judge

ORDER REGARDING EXTENSION
OF EXPERT DEADLINES - 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544