IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | No. 2:20-cv-01076-RSL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINES SET FORTH IN THE ORDER GRANTING STIPULATED MOTION REGARDING CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT |

Having considered the Stipulated Motion to Extend the Deadlines Set Forth in the Order Granting Stipulated Motion Regarding Cross-Motions for Partial Summary Judgment, as well as the records and pleadings already on file, it is hereby ORDERED that the following cross-motion briefing schedule is granted:

| | |
|---|---|
| Deadline for TDIC to file its combined Cross-Motion for Partial Summary Judgment and Response to Yousefian's Motion for Partial Summary Judgment (Dkt. 46): | June 20, 2022 |
| Yousefian's Response to TDIC's Cross-Motion for Partial Summary Judgment: | July 5, 2022 |
| Replies in support of the Parties' respective Cross-Motions for Partial Summary Judgment and Noting Date for the same: | July 15, 2022 |

1 | The cross-motions for summary judgment shall be noted on the Court's calendar for consideration
2 | on Friday, July 15, 2022.
3 |
4 |     Dated this 13th day of June, 2022.

                                    */s/ Robert S. Lasnik*
                                  Robert S. Lasnik
                                  United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND
DEADLINES – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544