IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>　　　　　　Defendants. | NO.  2:20-CV-01076 RSL<br><br>ORDER EXTENDING DEADLINE FOR EXPERT DISCLOSURES |

Having considered the Stipulated Motion Regarding Extension of Expert Deadlines, as well as the records and pleadings already on file, it is hereby ORDERED that the Expert Disclosure Deadline in this case is extended 18 days, from a current date of July 15, 2022, to a new date of August 12, 2022.

Dated this 7th day of July, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1
No.  2:20-cv-01076 RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants

By: *s/ Michael P. Brown*
    Michael P. Brown, WSBA #45618
    600 University Street, Suite 2915
    Seattle, Washington 98101-4172
    206.467.6477
    mbrown@gordontilden.com

ORDER - 2
No. 2:20-cv-01076 RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477