IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>　　　　　　Defendants. | NO.   2:20-CV-01076 RSL<br><br>ORDER EXTENDING REPLY DEADLINE AND RENOTING MOTIONS |

　　This matter comes before the Court on the parties' "Stipulated Motion Regarding Extension of Defendants' Reply Brief Deadline." Dkt. # 76. It is hereby ORDERED that defendants' deadline for replying to the cross-motions for partial summary judgment is hereby continued to Friday, August 5, 2022. The Clerk of Court is directed to renoted Dkt. # 57 and Dkt. # 67 on the Court's calendar for Friday, August 5, 2022.

　　Dated this 15th day of July, 2022

　　　　　　　　　　　　　　　　　　　　*/s/ S Lasnik*
　　　　　　　　　　　　　　　　　　　　Honorable Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER EXTENDING REPLY DEADLINE
AND RENOTING MOTIONS - 1

ORDER EXTENDING REPLY DEADLINE
AND RENOTING MOTIONS - 2