IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | No. 2:20-cv-01076-RSL<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF BY 60 DAYS** |

Plaintiff The Dentists Insurance Company (TDIC) and Defendants Joseph Z. Yousefian, DMD, MS and Joseph Z. Yousefian, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics (together, "Yousefian") (collectively, the "Parties") hereby submit the following Stipulation to Extend the Discovery Cutoff by 60 days:

### I.      STIPULATION

Throughout the course of this litigation, the parties have diligently worked to complete all discovery by the August 7, 2022 discovery cutoff set by this Court in Dkt. 46. However, due to COVID-19 and other scheduling issues, as well as Plaintiff's inadvertent failure to produce a number of documents in response to Defendants' Requests for Production, the Parties have been

STIPULATION AND ORDER
TO EXTEND DISCOVERY CUTOFF BY 60 DAYS – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  unable to complete discovery in this matter.  The parties have also been focused on efforts to
2  engage in settlement discussions and have therefore avoided certain discovery expenses in order
3  to facilitate those discussions.

4  As a result, the Parties respectfully request that the August 7, 2022 discovery cutoff set
5  by this Court in Dkt. 46 be extended by 60 days. All other pending deadlines shall remain the
6  same. Good cause exists to extend the discovery cutoff by 60 days. The Parties propose a new
7  discovery cutoff of October 6, 2022.

8  DATED this 3rd day of August, 2022.

LETHER LAW GROUP

/s/ Eric J. Neal_____
Eric J. Neal, WSBA #31863
/s/ Kasie Kashimoto_____
Kasie Kashimoto, WSBA #54268
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
kkashimoto@letherlaw.com
*Attorney for Plaintiff The Dentists Insurance Company*

GORDON TILDEN THOMAS & CORDELL LLP

/s/ Michael P. Brown_____
Michael P. Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, Washington 98101
P: 206.467.6477
mbrown@gordontilden.com
*Counsel for Defendants*

STIPULATION AND ORDER
TO EXTEND DISCOVERY CUTOFF BY 60 DAYS – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II. ORDER

It is so ordered.

Dated this 4th day of August, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented By:

LETHER LAW GROUP

*/s/ Eric J. Neal*
Eric J. Neal, WSBA #31863
*/s/ Kasie Kashimoto*
Kasie Kashimoto, WSBA #54268
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
kkashimoto@letherlaw.com
*Attorney for Plaintiff The Dentists Insurance Company*

GORDON TILDEN THOMAS & CORDELL LLP

*/s/ Michael P. Brown*
Michael P. Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, Washington 98101
P: 206.467.6477
mbrown@gordontilden.com
*Counsel for Defendants*

STIPULATION AND ORDER
TO EXTEND DISCOVERY CUTOFF BY 60 DAYS – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544