IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | NO. 2:20-CV-01076-RSL<br><br>STIPULATED MOTION AND ORDER REGARDING EXTENSION OF DEFENDANTS' REPLY BRIEF DEADLINE |

On July 15, 2022, this Court approved the parties' stipulation to extend to August 5, 2022 Defendants' deadline to file their reply in support of their summary judgment motion, in light of the parties' discovery that Plaintiff had inadvertently failed to produce a large number of documents in response to Defendants' Requests for Production. Dkt. 77. The parties now wish to extend the deadline by an additional seven days to allow Defendants adequate time to review the supplemental production, which was completed on July 28, 2022.

The new deadline and noting date would be August 12, 2022.

STIPULATED MOTION AND ORDER RE EXTENSION OF REPLY BRIEF DEADLINE - 1
No. 2:20-cv-01076-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 3rd day of August, 2022.

          **GORDON TILDEN THOMAS & CORDELL LLP**
          Attorneys for Defendants

          By   *s/ Michael P. Brown*
              Michael P. Brown, WSBA #45618
              600 University Street, Suite 2915
              Seattle, Washington 98101
              206.467.6477
              jtilden@gordontilden.com
              mbrown@gordontilden.com

          **LETHER LAW GROUP**
          Attorneys for Plaintiff

          By   *s/ Eric J. Neal*
              Eric J. Neal, WSBA #31863
              */s/ Kasie Kashimoto*
              Kasie Kashimoto, WSBA #54268
              1848 Westlake Avenue N, Suite 100
              Seattle, WA 98109
              P: (206) 467-5444/F: (206) 467-5544
              eneal@letherlaw.com
              kkashimoto@letherlaw.com

STIPULATED MOTION AND ORDER RE EXTENSION OF
REPLY BRIEF DEADLINE - 2
No. 2:20-cv-01076-RSL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion Regarding Extension of Defendants' Reply Brief Deadline. The Court has duly considered the pleadings, papers, declarations, and exhibits submitted by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

The parties' Stipulated Motion Regarding Extension of Defendants' Reply Brief Deadline is GRANTED. Defendants' deadline to file their reply in support of their motion for summary judgment is August 12, 2022. The Clerk of Court is directed to renote the motion for summary judgment for that date.

Dated this 4th day of August, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER RE EXTENSION OF
REPLY BRIEF DEADLINE - 3
No.  2:20-cv-01076-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477