IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, D.M.D., M.S. and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | NO.   2:20-CV-01076 RSL<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT |

THIS MATTER came before the Court on Defendants' Unopposed Motion to Supplement the Record on Parties' Cross Motions for Summary Judgment.  The Court has duly considered the pleadings, papers, declarations, and exhibits submitted by the parties.

///

///

///

///

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUPPLEMENT THE RECORD - 1
No.  2:20-cv-01076 RSL

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is GRANTED. To the extent the document is relevant, the Court will consider plaintiff's internal claims handling manual in conjunction with the pending motions for summary judgment.

Dated this 25th day of August, 2022.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO SUPPLEMENT THE RECORD - 2
No. 2:20-cv-01076 RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477