IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | NO.  2:20-CV-01076-RSL<br><br>STIPULATED MOTION AND ORDER TO STRIKE DEFENDANTS' COUNTERCLAIM RELATING TO BUSINESS INTERRUPTION AND EXTRA EXPENSE COVERAGE |

Defendants wish to narrow this dispute by dropping their counterclaim alleging TDIC underpaid them on their claim under the Business Interruption and Extra Expense portions of the Policy.  *See* Dkt. 40 at ¶¶ 3-5, 17-18, 26-28.  This will enable the parties to focus their attention on the major aspect of this dispute, that is, TDIC's payments to Dr. Yousefian under the Business Personal Property portion of the Policy.  The parties continue in their effort to reach a settlement of this dispute and expect that the Court's ruling on the pending cross-motions for summary judgment will facilitate those efforts.

For the foregoing reasons, the parties hereby stipulate that the above-referenced counterclaim should be stricken.

STIPULATED MOTION TO STRIKE COUNTERCLAIM - 1
No.  2:20-cv-01076-RSL

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 15th day of September, 2022.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants

By     *s/ Michael P. Brown*
    Michael P. Brown, WSBA #45618
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    jtilden@gordontilden.com
    mbrown@gordontilden.com

**LETHER LAW GROUP**
Attorneys for Plaintiff

By     *s/ Eric J. Neal*
    Eric J. Neal, WSBA #31863
    */s/ Kasie Kashimoto*
    Kasie Kashimoto, WSBA #54268
    1848 Westlake Avenue N, Suite 100
    Seattle, WA 98109
    P: (206) 467-5444/F: (206) 467-5544
    eneal@letherlaw.com
    kkashimoto@letherlaw.com

STIPULATED MOTION TO STRIKE COUNTERCLAIM - 2
No.  2:20-cv-01076-RSL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Strike Defendants' Counterclaims for underpayment on their claims under the Business Interruption and Extra Expense portions of the Policy. The Court has duly considered the pleadings, papers, declarations, and exhibits submitted by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

The parties' Stipulated Motion is GRANTED. Defendants' counterclaims relating to Business Interruption and Extra Expense coverage are stricken.

Dated this 16th day of September, 2022.

Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO STRIKE COUNTERCLAIM - 3
No. 2:20-cv-01076-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477