Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | No. 2:20-cv-01076-RSL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE BY 30 DAYS** |

Having considered the Parties' Joint Motion to Extend the Discovery Deadline by 30 days, as well as the records and pleadings already on file, it is hereby ORDERED that the discovery deadline in this case is extended 30 days from the current date of January 3, 2023, to February 3, 2023.

DATED  December 16, 2022                .

_____
Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT MOTION TO EXTEND
BY 30 DAYS – 1
2:20-cv-01076-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Presented by:

LETHER LAW GROUP

*/s/ Eric J. Neal*
Eric J. Neal, WSBA #31863
*/s/ Kasie Kashimoto*
Kasie Kashimoto, WSBA #54268
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
kkashimoto@letherlaw.com
*Attorneys for Plaintiff The Dentists Insurance Company*

GORDON TILDEN THOMAS & CORDELL LLP

*/s/ Michael Brown*
Michael P. Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, Washington 98101
P: 206.467.6477
mbrown@gordontilden.com
*Attorney for Defendants*

ORDER GRANTING JOINT MOTION TO EXTEND BY 30 DAYS – 2
2:20-cv-01076-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544