Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | No. 2:20-cv-01076-RSL<br><br>**ORDER GRANTING MOTION TO NOTICE DEPOSITION AFTER DISCOVERY CUTOFF** |

    Having considered the Parties' Stipulated Motion to Notice Deposition After Discovery Cutoff, as well as the records and pleadings already on file, it is hereby ORDERED that the Deposition of Troy Brogdon be taken after the discovery deadline set forth in Dkt. 102.

DATED January 17, 2023.

*[signature: Robert S. Lasnik]*

Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO NOTICE
DEPOSITION AFTER DISCOVERY CUTOFF – 1
2:20-cv-01076-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Presented by:

| | |
|---|---|
| LETHER LAW GROUP | GORDON TILDEN THOMAS & CORDELL LLP |
| */s/ Eric J. Neal* <br> Eric J. Neal, WSBA #31863 <br> */s/ Kasie Kashimoto* <br> Kasie Kashimoto, WSBA #54268 <br> 1848 Westlake Avenue N, Suite 100 <br> Seattle, WA 98109 <br> P: (206) 467-5444/F: (206) 467-5544 <br> eneal@letherlaw.com <br> kkashimoto@letherlaw.com <br> *Attorneys for Plaintiff The Dentists Insurance Company* | */s/ Michael Brown* <br> Michael P. Brown, WSBA #45618 <br> 600 University Street, Suite 2915 <br> Seattle, Washington 98101 <br> P: 206.467.6477 <br> mbrown@gordontilden.com <br> *Attorney for Defendants* |

ORDER GRANTING STIPULATED MOTION TO NOTICE
DEPOSITION AFTER DISCOVERY CUTOFF – 2
2:20-cv-01076-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544