The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | NO.  2:20-CV-01076-RSL<br><br>STIPULATED MOTION & ORDER TO EXTEND DEADLINES FOR DR. YOUSEFIAN'S FEE APPLICATION<br><br>NOTE ON MOTION CALENDAR:<br>June 29, 2023 |

On June 21, 2023, this Court entered an order granting in part and denying in part Defendant Dr. Yousefian's motion for partial summary judgment and denying Plaintiff TDIC's motion for partial summary judgment.  Dkt. 117.  The Court also ordered Dr. Yousefian to submit his attorney's fee application by July 5, 2023.  *Id.*  The parties are now in negotiations to settle this dispute in its entirety.  To facilitate that effort and potentially obviate the need for litigation of a fee application, the parties make this stipulated request to extend that deadline by 21 days, to July 26, 2023.  TDIC's Response would be due 14 days thereafter.  Any Reply would be due seven days after the Response.

The parties will promptly notify the Court should their effort to settle this dispute prove successful.

STIPULATED MOTION TO EXTEND DEADLINE - 1
No.  2:20-cv-01076-RSL

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

IT IS SO ORDERED.

Dated: June 30, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

Agreed to and respectfully presented on this 29th day of June, 2023 by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants

By   *s/ Michael P. Brown*
      Michael P. Brown, WSBA #45618
      600 University Street, Suite 2915
      Seattle, Washington 98101
      206.467.6477
      jtilden@gordontilden.com
      mbrown@gordontilden.com

**LETHER LAW GROUP**
Attorneys for Plaintiff

By   *s/ Eric J. Neal*
      Eric J. Neal, WSBA #31863
      */s/ Kasie Kashimoto*
      Kasie Kashimoto, WSBA #54268
      1848 Westlake Avenue N, Suite 100
      Seattle, WA 98109
      P: (206) 467-5444/F: (206) 467-5544
      eneal@letherlaw.com
      kkashimoto@letherlaw.com

STIPULATED MOTION TO EXTEND DEADLINE - 2
No.  2:20-cv-01076-RSL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477