The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY, | NO.  2:20-CV-01076-RSL |
| Plaintiff, | STIPULATED MOTION TO EXTEND DEADLINES FOR DR. YOUSEFIAN'S FEE APPLICATION |
| v. | |
| JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics, | NOTE ON MOTION CALENDAR: July 19, 2023 |
| Defendants. | |

On June 21, 2023, this Court entered an Order granting in part and denying in part Defendant Dr. Yousefian's motion for partial summary judgment and denying Plaintiff TDIC's motion for partial summary judgment.  Dkt. 117.  The Court also ordered Dr. Yousefian to submit his attorney's fee application by July 5, 2023.  *Id.*

On June 30, 2023, this Court granted the parties' stipulated motion to extend that deadline to July 26, 2023 to permit the parties time to explore a resolution of this dispute in its entirety.

The parties continue to negotiate to attempt to resolve this entire dispute in light of the Court's June 21, 2023 Order.  They respectfully request that the Court grant another extension, for the purpose of obviating briefing and expert declarations on the issue of fees and costs.

Accordingly, the parties jointly request that the Court revise the briefing schedule on Dr.

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

Yousefian's fee application as follows:

- Dr. Yousefian's Motion:     August 9, 2023
- TDIC's Response:     August 23, 2023
- Dr. Yousefian's Reply:     August 30, 2023

The parties will promptly notify the Court should their effort to settle this dispute prove successful.

IT IS SO ORDERED.

Dated:     July 19, 2023

Hon. Robert S. Lasnik
U.S. District Judge

Agreed to and respectfully presented on this 19th day of July, 2023 by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants

By     *s/ Michael P. Brown*
     Michael P. Brown, WSBA #45618
     600 University Street, Suite 2915
     Seattle, Washington 98101
     206.467.6477
     jtilden@gordontilden.com
     mbrown@gordontilden.com

**LETHER LAW GROUP**
Attorneys for Plaintiff

By     *s/ Eric J. Neal*
     Eric J. Neal, WSBA #31863
     *s/ Kasie Kashimoto*
     Kasie Kashimoto, WSBA #54268
     1848 Westlake Avenue N, Suite 100
     Seattle, WA 98109
     P: (206) 467-5444/F: (206) 467-5544
     eneal@letherlaw.com
     kkashimoto@letherlaw.com

STIPULATED MOTION TO EXTEND DEADLINE - 2
No.  2:20-cv-01076-RSL

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477