HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH Z. YOUSEFIAN, DMD, MS and JOSEPH Z. YOUSEFIAN, D.M.D., M.S., INC., P.S., doing business as Yousefian Orthodontics,<br><br>Defendants. | No. 2:20-cv-01076-RSL<br><br>**ORDER GRANTING JOINT MOTION REQUESTING APPOINTMENT OF A MAGISTRATE FOR SETTLEMENT CONFERENCE PURPOSES, EXTENSION OF DEADLINE TO FILE FEE PETITION, AND SETTING OF TRIAL DATE**<br><br>CLERK'S ACTION REQUIRED |

In this matter, having come before the Court on the Parties' Joint Motion Requesting Appointment of a Magistrate Judge for Settlement Conference Purposes, Extension of Deadline to File Fee Petition, and Setting of Trial Date, and the Court finding good cause for same, it is hereby ORDERED as follows:

- Magistrate Judge Brian A. Tsuchida is assigned to this case for purposes of holding a judicial settlement conference.

- The deadline for the filing of Defendants' fee petition is extended to 14 days after the settlement conference.

ORDER GRANTING JOINT MOTION TO APPOINT MAGISTRATE FOR SETTLEMENT CONFERENCE PURPOSES AND AMENDMENT OF TRIAL AND PRETRIAL DEADLINES - 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

- The parties are directed to submit a joint status report within 14 days of the conclusion of the settlement conference. If necessary, the Court will issue an amended case management order setting a trial date and related deadlines.

- Judge Tsuchida's In-Court Deputy, Andy Quach, will contact the parties to schedule the settlement conference.

DATED this 9th day of August.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

LETHER LAW GROUP

*/s/ Kasie Kashimoto*
Eric J. Neal, WSBA #31863
Kasie Kashimoto, WSBA #54268
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
kkashimoto@letherlaw.com

ORDER GRANTING JOINT MOTION TO APPOINT MAGISTRATE FOR SETTLEMENT CONFERENCE PURPOSES AND AMENDMENT OF TRIAL AND PRETRIAL DEADLINES - 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544